UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:    TRACIE M SANDERS    §    Case No.: 11-15787
§
§
§
§
Debtor(s)    §
------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2011.

2) This case was confirmed on 06/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2012.

5) The case was dismissed on 04/23/2012.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,210.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
============================================================================
| Receipts:                                                                |
|         Total paid by or on behalf of the debtor     $     2,665.00      |
|         Less amount refunded to debtor               $          .00      |
| NET RECEIPTS                                         $     2,665.00      |
============================================================================

============================================================================
| Expenses of Administration:                                              |
|                                                                          |
|         Attorney's Fees Paid through the Plan        $     2,465.80      |
|         Court Costs                                  $          .00      |
|         Trustee Expenses and Compensation            $        85.20      |
|         Other                                        $          .00      |
|                                                                          |
| TOTAL EXPENSES OF ADMINISTRATION                     $     2,551.00      |
|                                                                          |
| Attorney fees paid and disclosed by debtor           $          .00      |
============================================================================

============================================================================
| Scheduled Creditors:                                                     |
|                                                                          |
| Creditor              Claim        Claim        Claim    Principal   Int.|
|   Name       Class    Scheduled    Asserted     Allowed    Paid     Paid |
|                                                                          |
|CAPITAL ONE AUTO FIN  SECURED    4,200.00    6,098.81    4,241.00   100.00    .00 |
|CAPITAL ONE AUTO FIN  UNSECURED     41.00         .00    1,857.81      .00    .00 |
|ILLINOIS DEPT OF REV  PRIORITY     102.82    1,607.06    1,607.06      .00    .00 |
|INTERNAL REVENUE SER  PRIORITY   6,100.00   13,835.99   13,835.99      .00    .00 |
|AFNI INC              UNSECURED  1,072.00         NA          NA       .00    .00 |
|ACE RECOVERY SERVICE  UNSECURED    830.00         NA          NA       .00    .00 |
|MERCY PHYSICIAN BILL  UNSECURED    120.00         NA          NA       .00    .00 |
|BELOVED COMMUNITY FA  UNSECURED    577.00         NA          NA       .00    .00 |
|AT&T                  UNSECURED    295.00         NA          NA       .00    .00 |
|DEBT RECOVERY SOLUTI  UNSECURED    367.00      367.93      367.93      .00    .00 |
|DEVON FIN SVC         UNSECURED    227.70      274.66      274.66      .00    .00 |
|FEDERAL LOAN SERVICE  UNSECURED  9,876.00         .00         .00      .00    .00 |
|FEDERAL LOAN SERVICE  UNSECURED  8,500.00         .00         .00      .00    .00 |
|PREMIER BANKCARD/CHA  UNSECURED    528.00      527.57      527.57      .00    .00 |
|PREMIER BANKCARD/CHA  UNSECURED    398.00      397.71      397.71      .00    .00 |
|GLELSI/STUDENT LOAN   UNSECURED 45,545.00         .00         .00      .00    .00 |
|ST IL TOLLWAY AUTHOR  UNSECURED    800.00         NA          NA       .00    .00 |
|INTERNAL REVENUE SER  UNSECURED  6,100.00    1,609.35    1,609.35      .00    .00 |
|IVEY & ASSOCIATES     UNSECURED    665.00         NA          NA       .00    .00 |
|FINGERHUT DIRECT MAR  UNSECURED    189.00         NA          NA       .00    .00 |
|MITCHELL N KAY        UNSECURED    447.00         NA          NA       .00    .00 |
|MEDICAL BUSINESS BUR  UNSECURED    120.00         NA          NA       .00    .00 |
|METABANK              UNSECURED    384.00         NA          NA       .00    .00 |
============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SY | UNSECURED | 382.00 | 505.00 | 505.00 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 397.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,100.00 | 1,756.67 | 1,756.67 | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | 527.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 910.00 | 872.89 | 872.89 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 669.00 | 601.31 | 601.31 | .00 | .00 |
| TCF BANK | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| RADIOLOGY PHYSICIANS | UNSECURED | 45.00 | NA | NA | .00 | .00 |
| REDLINE RECOVERY SER | UNSECURED | 872.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 45,545.00 | 49,943.48 | .00 | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| UNITED FINANCIAL SER | UNSECURED | 500.00 | 500.00 | 500.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 14,397.00 | 14,818.23 | .00 | .00 | .00 |
| DEPT OF EDUCATION | UNSECURED | 13,939.00 | 19,279.97 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,547.00 | 4,100.03 | .00 | .00 | .00 |
| USDED/GLELSI | UNSECURED | 13,939.00 | .00 | .00 | .00 | .00 |
| USDED/GLELSI | UNSECURED | 3,547.00 | .00 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 26,125.00 | 36,199.18 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 14,397.00 | 19,447.08 | .00 | .00 | .00 |
| TYRONE HOWARD | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 346.19 | 346.19 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 14.00 | 14.00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 457.00 | 457.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,241.00 | 100.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,241.00 | 100.00 | .00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 15,457.05 | 14.00 | .00 |
| **TOTAL PRIORITY:** | 15,457.05 | 14.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,074.09 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,551.00 |
| Disbursements to Creditors | $ | 114.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,665.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/01/2012        /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**